IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lisa Cristia, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-01788 |
| Trader Joe's Company, | Honorable Robert W. Gettleman |
| Defendant. | |

## NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE that Defendant Trader Joe's Company hereby moves: (1) to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted; and (2) to dismiss Plaintiff's request for injunctive relief for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1).

Trader Joe's Motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the supporting request for judicial notice and associated documents, all other papers on file in this action, and any other evidence or argument that the parties may present.

WHEREFORE, Trader Joe's respectfully requests that its Motion be granted, that Plaintiffs' Complaint be dismissed with prejudice, and for all other relief this Court deems just.

-2-

Dated: August 22, 2022                                   Respectfully Submitted,

**O'MELVENY & MYERS LLP**

By: */s/ Shannon Barrett*
    Shannon Barrett

    Shannon Barrett
    1625 Eye Street, NW
    Washington, DC 20006
    (202) 383-5300
    sbarrett@omm.com

    Dawn Sestito*
    400 South Hope Street, 18th Floor
    Los Angeles, CA 90071
    (213) 430-6000
    dsestito@omm.com

    * Pro hac vice application forthcoming

    *Attorneys for Defendant Trader Joe's Company*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing document was filed on August 22, 2022 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated:  August 22, 2022

By: */s/ Shannon Barrett*
     Shannon Barrett